UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 19-4556 (LHG) |
| | : | |
| v. | : | |
| | : | |
| SKYLER ROGERS | : | *CONSENT ORDER* |

THIS MATTER having been opened to the Court by the Defendant, SKYLER

ROGERS, by and through his attorney, Michael N. Huff, Esquire, on notice to and with the

consent of the Assistant United States Attorney, Ian Brater, Esquire and the United States Pretrial

Services Officer Lura Jenkins, the Court having considered the request, the consent of the

parties, and for good cause shown;

IT IS on this _____15th_____ day of _____January_____, 20__20__,

ORDERED that the Defendant's Pretrial Detention Order is AMENDED as follows:  the

Defendant may seek and obtain employment with the approval of Pre-Trial Services.  All other

conditions to remain the same.

BY THE COURT:

_____
HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE

1

I hereby consent to the content and form of the above Order.


Ian D. Brater
Assistant United States Attorney
United States Attorney's Office
District of New Jersey
402 E. State Street
Trenton, New Jersey 08608
(609) 989-2312
Ian.Brater@usdoj.gov

Michael N. Huff, Esquire
1333 Race Street
Philadelphia, PA 19107
(215) 567-2120
michael.huff.esq@gmail.com


/s/ Lura Jenkins

Lura Jenkins
U.S. Pretrial Services Agency
District of New Jersey
609.989.2056 (office)
609.989.0486 (fax)

2