# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | CRIM. NO. 20-cr-582(FLW) |
| | * | |
| SKYLER ROGERS | * | |
| | * | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

☑  That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

☑  Video Teleconferencing

☐  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐  Other:

Date: 12/23/2020

_____
Honorable Lois H. Goodman
United States Magistrate Judge