UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 20-582 (FLW) |
| v. | : **DETENTION ORDER** |
| SKYLER ROGERS | : |

This matter having come before the Court on the Petition for Action on Conditions of Pretrial Release by U.S. Pretrial Services on December 10, 2020 and the motion of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Ian D. Brater, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the Defendant without bail pending execution of the Defendant's sentence in the above-entitled matter based on the Defendant's failure to comply with the conditions of release; and the Defendant (Michael N. Huff, Esq., appearing) having opposed the motion; and the Court having heard and considered the arguments of the parties at a bail review hearing on December 23, 2020; and for the reasons set forth on the record and for good cause shown,

IT IS, on this 23rd day of December, 2020,

ORDERED that the motion of the United States for an order detaining the Defendant without bail pending execution of the Defendant's sentence is hereby GRANTED, the previous order granting the Defendant bail is

REVOKED, and the Defendant is hereby ORDERED DETAINED; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the Defendant be committed to the custody of the Attorney General or his authorized representative pending execution of the Defendant's sentence in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HON. LOIS H. GOODMAN
United States Magistrate Judge